# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Electrical Workers Pension Trust,<br><br>    Plaintiff(s),<br><br>v.<br><br>High Impact Sign & Design, LLC,<br><br>    Defendant(s). | Case No. 2:25-cv-00767-RFB-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is D. Chris Albright's motion to withdraw as counsel of record for Defendant. Docket No. 9. Plaintiff does not object to the granting of the motion. Docket No. 10. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office must update the docket with Defendant's address, *see* Docket No. 9 at 3, and must send a copy of this order to Defendant at that address.

Defendant is **WARNED** that it can appear in federal court only with licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant must retain counsel and have that counsel file a notice of appearance by October 22, 2025. **Failure to comply with this order may result in the imposition of case-dispositive sanctions.**

IT IS SO ORDERED.

Dated: September 22, 2025

_____
Nancy J. Koppe
United States Magistrate Judge