**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST,<br>Plaintiff,<br>v.<br>HIGH IMPACT SIGN & DESIGN, LLC,<br>Defendants. | Case No. 2:25-cv-00767-RFB-NJK<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court for consideration is the Report and Recommendation (ECF No. 13) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered on November 14, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 28, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 13) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that **DEFAULT JUDGMENT** be entered against Defendant. Plaintiff may file evidence supporting its damages calculations under 29 U.S.C. § 1132(g)(2).

The Clerk of Court is instructed to close this matter accordingly.

**DATED:** November 6, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**