# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Board of Trustees of the Electrical
Workers Pension Trust,

Plaintiff,

v.

High Impact Sign & Design, LLC,

Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number 2:25-cv-00767-RFB-NJK

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**DEFAULT JUDGMENT is entered in favor of the Plaintiff, Board of Trustees of the Electrical Workers Pension Trust and against the Defendant, High Impact Sign & Design, LLC**

Date: November 13, 2026

Julie Hollenbeck
Clerk

/s/ Wayne Julian
Deputy Clerk